PW:MAA:SPC
F.# 2006R00097

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

ZVI ROSENTHAL,
AMIR ROSENTHAL,
DAVID HEYMAN, and
AYAL ROSENTHAL,

          Defendants.

- - - - - - - - - - - - - - - X

**CR 07          069**

NOTICE OF MOTION

AZRACK, J.

        PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   Brooklyn, New York
        January 30, 2007

                    ROSLYNN R. MAUSKOPF
                    United States Attorney
                    Eastern District of New York

By:                    
                    Sean Patrick Casey
                    Assistant U.S. Attorney
                    (718) 254-6065