## Criminal Calendar: Sentencing

**Before: Judge John Gleeson, U.S.D.J.**

Date: **7/20/07**   Time: **9:40 AM – 10:10 AM**

DOCKET NUMBER: **07 CR 69**

DEFENDANT'S NAME: **Amir Rosenthal**
✓ Present ___ Not Present ___ In Custody ✓ Bail

DEFENSE COUNSEL: **Paul Schechtman**
___ Legal Aid ___ CJA ___ Retained

**Probations: Holly Kaplan**

AUSA: **Sean Casey / Paul Weinstein**   Deputy Clerk: **Ilene Tzou**

INTERPRETER: _____ (Language) _____

COURT REPORTER/ECR **Lisa Schmid**

✓ Case Called.

✓ Defendant is given the opportunity to speak on his/her behalf.

___ The Courts finds that there is a factual basis supporting the deft's guilty plea offered before Magistrate Judge _____ on _____. The guilty plea is accepted.

___ The Pre-sentence Report is adopted without change.

✓ Defendant is sentenced to **33** months imprisonment and **3** years of supervised release.

Special conditions of Supervision are as follows: – **Full financial disclosure.**
– **No firearms or ammunitions.**
– **300 hours Community Service**
– **Mental health treatment as designated by the supervising officer.**
**To be paid by defendant or through a 3rd party provider.**

___ Defendant is ordered to pay restitution in the amount of $_____
✓ Defendant is ordered to pay a fine in the amount of $ **15,000.00 due 6 months from today (7/20/07).**
✓ Defendant is ordered to pay a special assessment of $100.00.

Monetary penalties are due as follows:

___ The Court recommends to the U.S. Bureau of Prisons that the deft be incarcerated at a facility in the _____ region, close to _____.
✓ The Court recommends: **Otisville FCI.**

___ The deft is remanded to the custody of U.S.M.S.
___ The deft shall surrender to the U.S.M.S. for the Eastern District of N.Y. on _____ @ _____
✓ The deft shall surrender for service of sentence at the institution designated by the Bureau of Prisons: before **12:00pm** on **9/20/07**   ✓ as notified by USMS or   ☐ as notified by P.O.

___ Open count(s) _____ is/are dismissed on motion of the government.