# United States District Court

## for the

## Eastern District of New York

## Report on Offender Under Supervision

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 19 2011 ★
BROOKLYN OFFICE

D+F

Name of Offender: Amir Rosenthal                    Docket Number: 1:07-CR-69-2

Name of Sentencing Judicial Officer:    The Honorable John Gleeson, U.S.D.J.

Date of Original Sentence:   July 20, 2007

Original Offense:   - **CONSPIRACY TO DEFRAUD THE UNITED STATES**

Original Sentence:   Imprisonment - 33 months
Supervised Release - 3 years
Probation -

Type of Supervision:   TSR              Date Supervision Commenced:   2/9/2010

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

<u>Violation Number</u>   <u>Nature of Non-Compliance</u>

1.           Failure to pay Court ordered fine

U.S. Probation Officer Action:

Reference is made to the above named offender who was sentenced by Your Honor to 33 months custody to be followed by a 3 year term of supervised release. Special conditions include: 1. Fine in the amount of $75,000, to be paid by January 20, 2008; 2. Participation in mental health treatment and 3. 300 hours of community service. The offender commenced his term of supervised release on February 9, 2010, in the Southern District of New York due to his residence therein.

We recently received notification from the Southern District of New York's Probation Department indicating that the offender has not satisfied his fine as directed by the Court. He has made payments totaling $2,049.96, and a balance of $72,950.04 remains outstanding.

The offender is currently unemployed and acts as the primary care taker for his children. He is remitting good faith payments in the amount of $25 per month, and is submitting monthly logs reflecting job inquiries. The offender has explained that any job opportunities that he has had thus far do not cover the costs of childcare. The Southern District Probation Department has stated that the offender will be directed to increase payments toward his fine if his financial circumstances permit.

The offender currently resides with his wife and children in New York, N.Y. He is financially supported by his wife who works as a corporate attorney. He has completed his community service and continues to volunteer his time to the agency.

At this time we respectfully request that no Court action be taken. Should the offender's financial circumstance change, the court will be notified with an appropriate recommendation.

Respectfully submitted,

by _____
Elizabeth A. Weiburg
U.S. Probation Officer
Date: April 12, 2011

Approved: _____
Robert Cardinal
SUSPO

*Please indicate the Court's response below and return to the U.S. Probation Officer*

[X] The Court concurs.
[ ] The Court does not concur.
[ ] Submit a Request for Modifying the Condition or Term of Supervision.
[ ] Submit a Request for Warrant or Summons.
[ ] Other

s/John Gleeson

_____
Signature of Judicial Officer

4-17-11
Date