Page 1

PROB 12B
(NYEP-6/15/07)



United States District Court

for the

Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 16 2011 ★
BROOKLYN OFFICE

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: ROSENTHAL, Amir                    Case Number: 07-CR-69-2

Name of Sentencing Judicial Officer:   John Gleeson, U.S. District Judge

Date of Original Sentence:          July 20, 2007

Original Offense:      Conspiracy To Commit Securities Fraud, 18 USC 371, a class xx Felony.

Original Sentence:     hirty0three (33) months custody, followed by three (3) years of supervised release, with the special conditions to provide full financial disclosure, participate in a mental health treatment program, perform three hundred (300) hours of community service, a $75,000.00 fine, to be paid on or before January 20, 2008, and a $100.00 special assessment.

Type of Supervision:   Supervised Release        Date Supervision Commenced: February 9, 2010
========================================================================
**PETITIONING THE COURT**

☒    To modify the conditions of supervision as follows:

**Payments toward the outstanding fine will be paid in the amount of $1,200.00, by the 3rd Friday of each month, beginning on September 16, 2011.**

Request for Modifying the  
Conditions or Terms of Supervision  
with Consent of the Offender

Prob 12B / Page 2

## CAUSE

The purpose of this memorandum is to notify Your Honor that the offender has failed to pay the $75,000.00 fine by January 20, 2008, as ordered by Your Honor. Based on the offender's residence in New York City, New York, he is being supervised by our counterparts in the Southern District of New York Probation Office. Senior United States Probation Officer Theresa Maisano reports that although the offender began supervision on February 9, 2010, he has paid a total of only $4,790, to date. However, as indicated in the attached waiver, he has agreed to pay $1,200.00 every month from this point forward to satisfy the debt.

The offender resides with his wife and children in New York, New York, and is employed by his brother in law, Brian Delshad's management company. He has completed his community service hours and continues to volunteer his time on occasion.

The offender was advised of his entitlement to a hearing, however, he declined the hearing and agreed to the proposed payment schedule. He executed the enclosed Waiver of Hearing to Modify Conditions. However, if the offender fails to abide by the new payment schedule we will notify Your Honor immediately.

However, we await your Honor's decision which can be indicated on page 3 of this report.

Respectfully submitted by,

Richard L. James  
Senior U.S. Probation Officer

Approved by,

Jill D. Williams  
Supervising U.S. Probation Officer  
Date: 11/10/11

THE COURT ORDERS:  
☒   The Modification of Conditions as Noted Above  
☐   Other

s/John Gleeson  
Signature of Judicial Officer  
11/16/11  
Date